# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0400
Lower Tribunal No. 2020-CA-010383-O

_____

RONALD DIAMOND and LISHA CHEN, as Co-Personal Representatives of the
ESTATE OF B.D., a deceased minor,

Appellants,

v.

SECURAMERICA, LLC, CLIFFORD CASERTA, LPS SERVICES, INC. d/b/a LANIER
PARKING SOLUTIONS, INC., CITY OF ORLANDO, and PIEDMONT-CNL TOWERS
ORLANDO OWNER, LLC, et al.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.

Raymond T. Elligett, Jr. and Amy S. Farrior, of Buell Elligett Farrior & Faircloth,
P.A., Tampa, and Edward R. Blumberg, of Deutsch Blumberg & Caballero, P.A.,
Miami, for Appellants.

Christopher M. McShane and Michelle Lynn Fiorello, of Resnick & Louis, P.C.,
Miami, for Appellees, SecurAmerica, LLC and Clifford Caserta.

Diane H. Tutt, of Conroy Simberg, Hollywood, for Appellees, LPS Services, Inc. d/b/a Lanier Parking Solutions, Inc., City of Orlando, and Piedmont-CNL Towers Orlando Owner, LLC.

No Appearance for Other Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED